# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136110 & (41)(42)

BOARD OF COUNTY ROAD
COMMISSIONERS FOR THE COUNTY
OF OAKLAND,
        Plaintiff-Appellant,

v

        SC: 136110
        COA: 275230
        Oakland CC: 2004-060824-CC

BALD MOUNTAIN WEST and AJAX
PAVING INDUSTRIES, INC.,
        Defendants-Appellees.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The motion for stay of enforcement of the trial court's March 19, 2008 order is DENIED. The application for leave to appeal the February 14, 2008 judgment of the Court of Appeals remains pending.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2008                                       _____

d0401                                                   Clerk